UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CATANO,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY ADVISOR LEVERAGED COMPANY, *et al.*,<br><br>Defendants. | Case No.   1:24-cv-01584-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

Plaintiff, proceeding *pro se*, filed this civil action on February 8, 2023, in the Kings County Superior Court. (ECF No. 1 at 17). This action was subsequently removed to the United States District Court for the Eastern District of California on December 24, 2024. (*Id.* at 5; *see also* Docket Entry No. 1).

This case was originally administratively designated as 370 Other Fraud. However, a review of the complaint indicates that the present action involves an inmate seeking the payment and transfer of registered securities and/or bonds. The administrative designation should therefore be updated to 540 Prisoner: Mandamus & Other.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 370 Other Fraud to 540 Prisoner: Mandamus & Other; and

///

///

///

1

2. The case number in this action shall be updated as follows: Case No. 1:24-cv-01584-EPG (PC).

IT IS SO ORDERED.

Dated:   **January 5, 2025**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE