UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY ADVISOR LEVERAGED COMPANY, et al.,<br><br>Defendants. | Case No. 1:24-cv-01584-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS WITH PREJUDICE, DENYING OUTSTANDING MOTIONS AS MOOT, AND ISSUING PRE-FILING ORDER AGAINST PLAINTIFF<br><br>Docs. 5, 9 |

Plaintiff Nathaniel Dwayne Caetano is a state prisoner proceeding *pro se* in this civil rights action. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2025, the assigned magistrate judge issued findings and recommendations to grant defendants' motion to dismiss with prejudice and deem plaintiff a vexatious litigant. Doc. 9. The assigned magistrate judge found plaintiff's claims were frivolous, were based on sovereign citizen ideology, and were substantially similar to claims he previously filed against defendants and that were dismissed for failure to state a claim. *Id.* at 8–9. Accordingly, the assigned magistrate judge found that granting plaintiff leave to amend would be futile. *Id.* at 10. The magistrate judge also concluded that "a pre-filing order is warranted due to the vexatious nature of plaintiff's previous litigation." *Id.* at 15. The findings and recommendations contained

notice that any objections thereto were to be filed within thirty days after service. *Id.* at 16. No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on March 5, 2025 (Doc. 9) are ADOPTED IN FULL.
2. Defendants' motion to dismiss (Doc. 5) is GRANTED.
3. Defendants' request that plaintiff be deemed a vexatious litigant is GRANTED.
4. Plaintiff is found to be a vexatious litigant and the Clerk of Court is DIRECTED not to accept future filings from Plaintiff without written authorization from a District Judge or Magistrate Judge of this Court. *See* E.D. Cal. Local Rule 133(b)(2). To the extent that plaintiff seeks such authorization in the future, he must submit a copy of this Order with any proposed filing. The Clerk of the Court is DIRECTED to forward any complaint filed by plaintiff to the Chief District Judge, or any Judge designated by the Chief District Judge, to review and determine whether permission to file should be granted.
5. This case is DISMISSED, with prejudice; and
6. All outstanding motions are DENIED as moot.

IT IS SO ORDERED.

Dated:   June 8, 2025                                           _____
                                                                                        UNITED STATES DISTRICT JUDGE

2